IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Jason A. Gaza<br>    Plaintiff<br><br>vs.<br><br>I.C. System Inc.<br>    Defendant | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>)<br>) |

## COMPLAINT

Plaintiff, Jason A. Gaza, brings this action against Defendant, I.C. System Inc. (herein after "ICS"), on the grounds and the amounts set forth herein.

## I. PRELIMINARY STATEMENT

This action arises out of the facts and circumstances surrounding phone calls made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against defendant and the costs of this action Jointly and Severally against the defendant for multiple violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 27 U.S.C. § 227 et seq.

## II. PARTIES

1. Plaintiff is a natural person residing in Spring Hill, Pasco County, Florida.

2. Defendant ICS is a Foreign Profit engaged in consumer debt collections.

3. Defendant, ICS, may be served upon its registered agent, CT Corporation System 1200 South Pine Island Road Plantation, Florida 33324.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331.

5. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### IV. STATUTORY STRUCTURE TCPA

6. The Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") amended the Federal Communications Act, 47 U.S.C. § 151, et seq. ("FCA") to address the use of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages received by cell phones, and the use of fax machines to send unsolicited advertisements.

7. Under the TCPA, "automatic telephone dialing system" (hereafter "ATDS") means equipment which has the capacity—

    (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and

    (B) to dial such numbers.

    47 U.S.C. § 227 (a)(1)

8. Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

9. Under the TCPA, a person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State—

    (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

    (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

    (C) both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph. 47 U.S.C. § 227 (b)(3).

## V. FACTUAL ALLEGATIONS

10. On March 19, 2010 the Plaintiff sent a letter telling the Defendant that "All future communications MUST be done in writing..." revoking any express consent the Defendant had if any.

11. Around or before May 8, 2012 to June 6, 2012 the Defendant called the Plaintiff at least thirty-three (33) times with an automated telephone dialer system.

## VI. TCPA VIOLATIONS

17. Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendant's violation of the TCPA include, but are not limited to, the following:

18. The actions of the Defendant individually and collectively violated the TCPA.

19. By the Defendant calling the Plaintiff's cell phone a total of at least thirty-three (33) times with an ATDS or pre-recorded messages without express consent, the Defendant violated the TCPA. 27 U.S.C. § 227

20. By the Defendant calling the Plaintiff's cell phone a total of at least thirty-three (33) times with an ATDS or pre-recorded messages willfully without express consent, the Defendant violated the TCPA. 27 U.S.C. § 227

WHEREFOR, Plaintiff prays that judgment be entered against the Defendant for the following:

(1) Statutory damages pursuant to TCPA 47 U.S.C. § 227(b)(3).

(2) Statutory damages pursuant to TCPA 47 U.S.C. § 227(d)(3).

(3) Fair and reasonable costs of this action, court costs and attorney's fees.

(4) Injunctive relief.

(5) Such other and further relief that the Court deems just and proper.

W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel – (727)524-6300
Email –
wjg@mazgadd.com

Call List

May 8

603-414-1911 3:32 pm

603-414-1911 6:31 pm

603-414-1911 7:59 pm

May 9

603-414-1911 6:28 pm

603-414-1911 7:38 pm

May 10

603-414-1911 8:06 pm

May 11

603-414-1911 10:42 am

603-414-1911 1:52 pm

May 12

603-414-1911 8:44 am

603-414-1911 11:50 am

603-414-1911 3:15 pm

May 13

603-414-1911 6:05 pm

603-414-1911 8:14 pm

May 14

603-414-1911 5:28 pm

603-414-1911 7:45 pm

May 15

603-414-1911 6:00 pm

603-414-1911 8:45 pm

May 16

603-414-1911 7:32 pm

Call List

May 18

603-414-1911 8:58 am

603-414-1911 2:44 pm

603-414-1911 8:33 pm

May 19

603-414-1911 2:01 pm

603-414-1911 8:48 am

May 21

603-414-1911 8:20 pm

May 22

603-414-1911 6:36 pm

May 24

603-414-1911 6:35 pm

May 26

603-414-1911 8:55 am

May 29

603-414-1911 8:45 pm

May 30

603-414-1911 3:10 pm

603-414-1911 3:10 pm

May 31

603-414-1911 9:16 am

June 6 2012

703-656-9842 2:42 pm

703-656-9842 7:32 pm

Call List

Jason Gaza
11628 Pilot Country Dr
Spring Hill, Fl 34610

Financial Credit Services
PO Box 90
Clearwater, FL 33757-0090

Date: March 19, 2010

Re: Acct # 6396642

To Whom It May Concern:

This letter is being sent to you in response to a notice sent to me on September 30, 2002). Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

- What the money you say I owe is for;
- Explain and show me how you calculated what you say I owe;
- Provide me with copies of any papers that show I agreed to pay what you say I owe;
- Provide a verification or copy of any judgment if applicable;
- Identify the original creditor;
- Prove the Statute of Limitations has not expired on this account
- Show me that you are licensed to collect in my state
- Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character

J.G.

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

*Jason A Gaza*

J.G.